IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :

v.                           :       CRIMINAL NO.   14- 565

ALEXANDER JAMES BURKE        :

### ORDER

AND NOW, this 16th day of March, 2015, on the motion of the United States to rescind and vacate the pending arrest warrant for the defendant, and for good cause shown in its application, it is hereby

### ORDERED

that the motion is GRANTED.  The arrest warrant issued on October 16, 2014, for the arrest of Alexander James Burke is rescinded and vacated.  This order does not preclude the government from seeking a new arrest warrant if Mr. Burke does not appear voluntarily.

BY THE COURT:

_____
HENRY S. PERKIN
*United States Magistrate Judge*

1

3cc: USA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO.   14- 565 |
| ALEXANDER JAMES BURKE | : | |

### UNITED STATES' MOTION TO RESCIND AND VACATE ARREST WARRANT

The United States moves this Court for an order rescinding and vacating the pending arrest warrant for the defendant, Alexander Burke. Upon the return of the grand jury's indictment on October 16, 2014, the government sought and the Court granted an order directing that an arrest warrant be issued for the arrest of Alexander Burke following his indictment on fraud and money laundering charges. This arrest warrant is still active and the defendant, who lives in the United Kingdom, has not been arrested on this warrant.

The government and counsel for Mr. Burke have been in discussions concerning having Mr. Burke voluntarily appear before the Court for his initial appearance on the charges in the grand jury's indictment. Mr. Burke lives in the United Kingdom, and was living there at the time of the indictment. Because the government and the defendant's counsel have tentatively agreed on his coming to the United States and voluntarily appearing before the Court during the week of March 23, 2015, the government seeks that the arrest warrant be withdrawn. The government seeks this order so that Customs and Border Protection officers do not arrest Mr. Burke at the airport when he enters the United States. This will allow Mr. Burke to make his court appearance out of custody shortly after his arrival. If Mr. Burke fails to come to the

1

United States, or fails to appear in Court after entering the United States, the government will seek the issuance of a new arrest warrant.

For these reasons the government requests that the Court order that the outstanding arrest warrant for Alexander James Burke be vacated and rescinded.

Respectfully Submitted,

ZANE DAVID MEMEGER
United States Attorney

*/s/ Albert S. Glenn*

ALBERT S. GLENN
Assistant United States Attorney

Date: March 16, 2015

2