IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CR NO. 14-565 |
| ALEXANDER JAMES BURKE | : | |

**ORDER**

AND NOW, this 26th day of March, 2015, after consideration of the proposed release order and based on the agreement of the government and the defendant, it is ORDERED that defendant Alexander Burke shall be released on the following conditions:

1. Defendant Alexander Burke shall execute an $850,000 bond to be secured by the real property located at 3 Glenside Terrace, Upper Montclair, NJ 07043 and by a cash deposit to the Clerk of Court of $55,000. The defendant has represented that the property has no encumbrances and has been currently appraised at $695,000. The Clerk's requirements for the posting of the real property are not waived.

2. Defendant Alexander Burke shall reside at 5 Folleigh Close, Long Ashton, North Somerset, BS419HX in England.

3. Defendant Alexander Burke shall report to Pretrial Services as directed by Pretrial Services. Whenever Mr. Burke comes into the Eastern District of Pennsylvania, he must personally appear at Pretrial Services as directed by Pretrial Services.

4. Defendant Alexander Burke shall surrender his passports, both United States and United Kingdom, to Pretrial Services. While Pretrial Services is holding these passports, Mr. Burke shall not apply for any passport or replacement passport. Upon the satisfactory posting of the security as required in paragraph 1 above, Pretrial Services shall return these passports to Mr. Burke. If Mr. Burke posts the security identified in paragraph 1 at or before his bail hearing, he shall not have to surrender his passports.

5. Defendant Alexander Burke's travel shall be limited to the United States and the United Kingdom. Mr. Burke shall not travel beyond the United States or the United Kingdom without the permission of the Court, and after notice to the United States Attorney's Office.

6. Defendant Alexander Burke shall not commit a federal, state or local crime, or violate the laws of the United Kingdom, during the period of release.

7. Defendant Alexander Burke shall comply with all orders to appear in court.

8. Defendant Alexander Burke agrees that notice of any court hearing given to his attorney and emailed to burkeaj@hotmail.com shall constitute adequate and sufficient notice to inform him of any court proceeding. Such notice constitutes sufficient notice for purposes of a motion to forfeit the amount of the bond and the security posted in accordance with paragraph 1 if Mr. Burke fails to appear for any court hearing for which such notice has been given.

9. Defendant Alexander Burke shall not have contact with any potential witnesses in this case, including David Caracappa or employees of Siemens Corporation.

BY THE COURT:

Elizabeth T. Hey
United States Magistrate Judge