IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: MAY 8, 2015 |
| vs. | : | |
| | : | Criminal No. 14-565-1 |

ALEXANDER JAMES BURKE
5 FOLLEIGH CLOSE
LONG ASHTON, NORTH SOMERSET
BS419HX, ENGLAND

**TAKE NOTICE** that the above-entitled case has been set for <u>**HEARING ON ALL MOTIONS, INCLUDING MOTIONS TO SUPPRESS & ANY NECESSARY STARKS OR DAUBERT HEARING**</u> in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **THURSDAY, OCTOBER 8, 2015** at <u>**9:30 A.M.**</u> before the Honorable Joel H. Slomsky, in <u>Courtroom 5-C, 5TH FLOOR.</u>

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.  IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

Very truly yours,
Margaret Gallagher
Deputy Clerk to  Judge Slomsky

[NO]  INTERPRETER REQUIRED
[]  THIS PROCEEDING HAS BEEN RESCHEDULED FROM

Notice to:
Defendant
Defense Counsel

| | |
|---|---|
| EVAN T.L. HUGHES, ESQ. | Albert S. Glenn, A.U.S.A. (via email) |
| THE HUGHES FIRM LLC | U.S. Marshal (via email) |
| 1845 WALNUT STREET | Probation Office (via email) |
| 23RD FLOOR | Pretrial Services (via email) |
| PHILA., PA.   19103 | Larry Bowman (via email) |