**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

CRIMINAL NO. 14-565

UNITED STATES OF AMERICA

vs.

HONORABLE JOEL H.
SLOMSKY

ALEXANDER JAMES BURKE

ORDER

AND NOW, This _____day of June 2015, it is ORDERED that Defendant be allowed to travel to Russia from July 22 until August 11 for business and sightseeing purposes.

BY THE COURT:

_____
HONORABLE JOEL H. SLOMSKY

1

Evan T.L. Hughes, Esquire                                    Attorney for Defendant
The Hughes Firm, LLC
1845 Walnut Street, Suite 932
Philadelphia, PA 19103
Tel 215.454.6680
Fax 610.471.0456
evan.hughes@hughesfirm.pro


## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| | CRIMINAL NO. 14-565 |
| UNITED STATES OF AMERICA | |
| vs. | HONORABLE JOEL H. SLOMSKY |
| ALEXANDER JAMES BURKE | |


<u>MOTION FOR PERMISSION TO TRAVEL</u>


1)      Defendant, Alexander James Burke, by and through his undersigned counsel,

respectfully requests that the Court allow him to travel to Russia during the

summer of 2015.

2)      Defendant respectfully requests permission to travel to St. Petersburg, Russia from July 22 until August 11.

3)      Defendant will be traveling alone for business and sightseeing purposes.

4)      Defendant will be staying at Hotel Mokhovaya in St. Petersburg, Russia.

5)      Defendant has not made any definitive travel plans.

6)      If Defendant is to receive permission from this Honorable Court to travel to Russia, all information and addresses will be provided well in advance of his travel dates.

7)      Defense counsel has notified the Assistant United States Attorney of this request.

8)      Defense counsel has notified pretrial services of this request.

9)      If permitted to travel, Defendant will provide pretrial services with all flight and hotel information as well as a detailed itinerary as soon as arrangements are made.

Based on the foregoing, Defendant respectfully requests that he be allowed to travel to Russia from July 22 until August 11.

**DATED** this 3rd day of June, 2015.

**THE HUGHES FIRM, LLC**

/s/

By _____

Evan T.L. Hughes, Esq.
Attorney for Defendant

<u>VERIFICATION</u>

I, Evan T.L. Hughes, hereby verify that the foregoing statements are accurate and made subject to the penalties of perjury.

/s/

By _____

Evan T.L. Hughes, Esq.

<u>CERTIFICATE OF SERVICE</u>

I, hereby certify, that on this date a true and correct copy of this Motion was served upon the United States via electronic notice.

/s/

By _____

Evan T.L. Hughes, Esq.