# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>ALEXANDER JAMES BURKE | CRIMINAL NO. 14-565<br><br>HONORABLE JOEL H. SLOMSKY |

## ORDER

AND NOW, This _____ day of September 2015, it is ORDERED that Defendant's presence is waived for the motions hearing scheduled for October 8, 2015.

BY THE COURT:

_____
HONORABLE JOEL H. SLOMSKY

Evan T.L. Hughes, Esquire  
The Hughes Firm, LLC  
1845 Walnut Street, Suite 932  
Philadelphia, PA 19103  
Tel 215.454.6680  
Fax 610.471.0456  
evan.hughes@hughesfirm.pro

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>ALEXANDER JAMES BURKE | CRIMINAL NO. 14-565<br><br>HONORABLE JOEL H. SLOMSKY |

### MOTION TO WAIVE DEFENDANT'S PRESENCE AT MOTIONS HEARING

1) Defendant, Alexander James Burke, by and through his undersigned counsel, respectfully requests that the Court excuse his presence at the motions hearing currently scheduled for October 8, 2015 and allow his attorney, Evan Hughes, to stand on his behalf.

2) In the alternative, Defendant could appear for the hearing telephonically.

3) As the Court is aware, Defendant lives in London and would have to undergo substantial travel burden by having to travel to the United States for the one motions hearing.

4) Defendant's trial is expected to last a significant number of days, possibly weeks, and Defendant will need to arrive to the United States at least a week prior to trial in order to prepare with defense counsel.

5) Since Defendant will have to expend a substantial amount of money on travel during the trial preparation period, Defendant would respectfully request that he not have to attend the one day motions hearing in person.

6) Defendant is respectfully requesting that this Honorable Court either waive his appearance or allow for him to appear to the motions hearing telephonically.

7) In addition, as the Court is aware, Defendant filed for a continuance of the trial on September 22, 2015.

8) If the Court is inclined to grant the continuance request, Defendant would respectfully request that the motions date be rescheduled for a date that is closer to the time of trial so that trial preparations can be adequately adjusted for both the defense and the government.

Based on the foregoing, Defendant respectfully requests that Defendant's appearance be waived or he be allowed to join telephonically at the motions hearing scheduled for October 8, 2015.

**DATED** this 23rd day of September, 2015.

        **THE HUGHES FIRM, LLC**

        /s/
        By _____

        Evan T.L. Hughes, Esq.
        Attorney for Defendant

## VERIFICATION

I, Evan T.L. Hughes, hereby verify that the foregoing statements are accurate and made subject to the penalties of perjury.

/s/
By _____
Evan T.L. Hughes, Esq.

## CERTIFICATE OF SERVICE

I, hereby certify, that on this date a true and correct copy of this Motion was served upon the United States via electronic notice.

/s/
By _____
Evan T.L. Hughes, Esq.