IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | Date of Notice: OCTOBER 2, 2015 |
|---|---|---|
| vs. | : | |
| | : | Criminal No. 14-565-1 |

ALEXANDER JAMES BURKE
5 FOLLEIGH CLOSE
LONG ASHTON, NORTH SOMERSET
BS419HX, ENGLAND

### "PLEASE NOTE NEW DATE OF TRIAL"

**TAKE NOTICE** that the above-entitled case has been set for **TRIAL** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **TUESDAY, FEBRUARY 23, 2016** at **9:30 A.M.** before the Honorable Joel H. Slomsky, in Courtroom 13-A, 13TH FLOOR.

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

**ATTN: TRIAL SCHEDULED FOR 11/3/2015 HAS BEEN CONTINUED TO TUESDAY, FEBRUARY 23, 2016 AT 9:30 A.M.**

Very truly yours,
Margaret Gallagher
Deputy Clerk to Judge Slomsky

[NO]  INTERPRETER REQUIRED
[X]  THIS PROCEEDING HAS BEEN RESCHEDULED FROM 11/3/2015

EVAN T.L. HUGHES, ESQ.
THE HUGHES FIRM LLC
1845 WALNUT STREET
23RD FLOOR
PHILA., PA.  19103

Notice to:
Defendant
Defense Counsel
Albert S. Glenn, A.U.S.A. (via email)
U.S. Marshal (via email)
Probation Office (via email)
Pretrial Services (via email)
Larry Bowman (via email)

**NO APPLICATION FOR A CONTINUANCE OF TRIAL WILL BE ENTERTAINED WITHOUT THE DEFENDANT'S SIGNED WAIVER OF HIS/HER SPEEDY TRIAL RIGHTS. COPY OF THE WAIVER CAN BE FOUND ON LINE AT www.paed.uscourts.gov**