

**BLANK ROME LLP**
COUNSELORS AT LAW

Phone:   (609) 750-2991
Fax:     (609) 897-7442
Email:   Harbist@BlankRome.com

October 28, 2015

**Via Telecopy**
Hon. Joel H. Slomsky
United States District Judge
United States District Court for the
 Eastern District of Pennsylvania
601 Market Street, Room 5614
Philadelphia, PA  19106

   Re:   **U.S. v. Alexander Burke**, Criminal No. 14-0565-File

Dear Judge Slomsky:

This firm represents Siemens Corp. in connection with a Motion to Compel production of corporate records and testimony of Siemens CEO, Eric A. Spiegel, in the above-captioned matter.

By this letter, we respectfully request that the Court permit Siemens' opposition to the pending Motion to Compel to be filed on November 2, 2015. Any reply thereto will be filed on November 13, 2015. We have discussed this briefing schedule with Defendant's counsel, Evan Hughes, Esq., as well as AUSA Albert Glenn, and they consent thereto. We appreciate the Court's consideration of this request.

Respectfully submitted,

*Nicholas C Harbist*

NICHOLAS C. HARBIST

NCH/ds
cc:   Evan Hughes, Esq. (via e-mail)
      AUSA Albert Glenn (via e-mail)

SO ORDERED.

*Joel Slomsky*
HON. JOEL H. SLOMSKY, USDJ
Date: _October 28, 2015_

301 Carnegie Center 3rd Floor  Princeton, New Jersey 08540
A Pennsylvania LLP  Stephen M. Orlofsky, New Jersey Administrative Partner
www.BlankRome.com

Boca Raton • Cincinnati • Houston • Los Angeles • New York • Philadelphia • Princeton • San Francisco • Shanghai • Tampa • Washington • Wilmington
112178.00603/101649374v.1