IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 14-565 |
| ALEXANDER JAMES BURKE | : | |

### ORDER

AND NOW, this _____ day of January, 2017, upon consideration of the Government's Motion to Dismiss as to defendant Alexander James Burke due to the death of the defendant, it is hereby

ORDERED

that the Motion is GRANTED and that the above Indictment is DISMISSED as to defendant Alexander James Burke.

BY THE COURT:

_____
JOEL H. SLOMSKY
*Judge, United States District Court*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 14-565 |
| ALEXANDER JAMES BURKE | : | |

## UNITED STATES' MOTION TO DISMISS

The United States of America, by and through its undersigned attorneys, pursuant to Federal Rule of Criminal Procedure 48(a), respectfully moves the Court to dismiss the above indictment against defendant Alexander James Burke. The government seeks this dismissal because defendant Burke died on November 12, 2016, prior to the trial in this case. A copy of the death certificate is attached.

Respectfully submitted,

LOUIS D. LAPPEN
Acting United States Attorney


_/s/ Albert S. Glenn_
ALBERT S. GLENN
Assistant United States Attorney

Dated:  January 17, 2017

CERTIFIED COPY  OF AN ENTRY
Pursuant to the Births and Deaths Registration Act 1953

BBH 881700

| | **DEATH** | Entry No. 22 |
|---|---|---|

| Registration district | North Somerset | Administrative area |
|---|---|---|
| Sub-district | North Somerset | County of North Somerset |

1. **Date and place of death**
   Twelfth November 2016
   5 Folleigh Close, Long Ashton

2. **Name and surname**
   Alexander James BURKE

3. **Sex** Male

4. **Maiden surname of woman who has married** ———

5. **Date and place of birth**
   ▓▓▓ August 1956
   Bristol

6. **Occupation and usual address**
   Attorney (retired)
   Husband of Veronika BURKE Housewife
   5 Folleigh Close, Long Ashton, North Somerset

7. (a) **Name and surname of informant**
   Veronika BURKE

   (b) **Qualification**
   Widow of deceased
   Present at the death

   (c) **Usual address**
   5 Folleigh Close, Long Ashton, North Somerset

8. I certify that the particulars given by me above are true to the best of my knowledge and belief
   V Burke                                                            Signature of informant

9. **Cause of death**
   I (a) Acute left ventricular failure
      (b) Coronary artery atherosclerosis

   Certified by Maria Eileen Voisin Senior Coroner for Avon after post-mortem without inquest

10. **Date of registration**
    Sixth December 2016

11. **Signature of registrar**
    K Savage
    Deputy Registrar

Certified to be a true copy of an entry in a register in my custody.

*Superintendent Registrar
*Registrar
*Strike out whichever does not apply

Date 6th December 2016

CAUTION: THERE ARE OFFENCES RELATING TO FALSIFYING OR ALTERING A CERTIFICATE AND USING
System No. 514782156    OR POSSESSING A FALSE CERTIFICATE. ©CROWN COPYRIGHT

**WARNING: A CERTIFICATE IS NOT EVIDENCE OF IDENTITY.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Government's Motion to Dismiss has been served by mail and by the ECF system upon defendant's counsel:

Evan T. L. Hughes, Esq.
The Hughes Firm, LLC
1845 Walnut Street, Suite 932
Philadelphia, PA   19103

                                        /s/ Albert S. Glenn
                                        ALBERT S. GLENN
                                        Assistant United States Attorney

Date:   January 17, 2017