IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

v. CRIMINAL NO. 14-565

ALEXANDER JAMES BURKE

FILED
JAN 17 2017
KATE BARKMAN, Clerk
By _____ Dep. Clerk

## ORDER

AND NOW, this 17th day of January, 2017, upon consideration of the Government's Motion to Dismiss as to defendant Alexander James Burke due to the death of the defendant, it is hereby

ORDERED

that the Motion is GRANTED and that the above Indictment is DISMISSED as to defendant Alexander James Burke.

BY THE COURT:

_____
JOEL H. SLOMSKY
*Judge, United States District Court*